Steven D. Atlee (SBN: 151025)
Email: satlee@winston.com
Stacey N. Knox (SBN: 192966)
Email: sknox@winston.com
David I. Kim (SBN: 241720)
Email: dikim@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone:   213-615-1700
Facsimile:    213-615-1750

Attorneys for Defendants
HERAKLES, LLC , SANDY BEACHES I LP,
and RIPTIDE I LLP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QWEST COMMUNICATIONS CORPORATION, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>HERAKLES LLC, a Delaware limited liability company, d/b/a HERAKLES DATA, SANDY BEACHES I LP, a California limited partnership, RIPTIDE I LLP, a California limited partnership, CAPITAL LEASE FUNDING, INC., a Delaware corporation, and CAPITAL LEASE FUNDING, LP, a Delaware limited partnership,<br><br>　　　　　　Defendants. | **Case No.** 2:07-CV-00393-MCE-KJM<br><br>**STIPULATION CONTINUING HEARING DATE AND SETTING BRIEFING SCHEDULE ON MOTIONS TO DISMISS; ORDER** |

Plaintiff Qwest Communications Corporation ("Plaintiff") and defendants Herakles, LLC, Sandy Beaches I LP, Riptide I LLP, Capital Lease Funding, Inc. and Capital Lease Funding LP (collectively, "Defendants") (collectively, with Plaintiff, the "Parties") hereby agree and stipulate as follows:

**RECITALS**

1. Qwest filed its complaint ("Complaint") on February 27, 2007, and Defendants' counsel waived service of process of the Complaint on February 28, 2007.

2. Defendants and Plaintiff agreed that Defendants would respond to the Complaint by April 10, 2007.

3. Defendants filed four separate motions to dismiss (the "Motions") for failure to state a claim, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on April 10, 2007, and noticed such Motions for hearing on May 18, 2007.

4. Plaintiff's counsel is unavailable on May 18, 2007, and the Parties therefore previously agreed to continue the hearing date to June 14, 2007, with a briefing schedule based on that time frame.

5. The Court is not available on June 14, 2007, and based on the Court's and the parties' availability, the earliest time the hearings will be able to proceed is September 14, 2006.

6. The Parties anticipate that the hearings on the Motions will take approximately one and a half hours.

Based on the foregoing, the Parties hereby agree and stipulate as follows:

**STIPULATION**

1. The hearing for each of the Motions shall be continued to September 14, 2007, at 9:00 a.m. Should an earlier date become available on the Court's calendar that also is mutually convenient for each of the parties, the parties would appreciate the opportunity to proceed with the hearing on such earlier date.

2. Plaintiff's opposition briefs in response to the Motions shall be filed and served by no later than May 8, 2007.

**1**

3. Defendants' reply briefs in support of the Motions shall be filed and served by no later than June 1, 2007.

4. The Parties shall serve upon each other electronic copies of each of the above-referenced briefs on the same date that such briefs are filed.

5. The foregoing briefing schedule shall be binding upon all Parties, as previously agreed, despite the Court's unavailability to proceed with the initially agreed upon June 14, 2007 hearing date.

**DATED:** May 2. 2007

Respectfully submitted,

**STEESE & EVANS, P.C.**

/s/ Charles W. Steese
Charles W. Steese
Attorneys for Plaintiff,
QWEST COMMUNICATIONS CORPORATION

**DATED:** May 2, 2007        **WINSTON & STRAWN LLP**

/s/ Stacey N. Knox
Stacey N. Knox
Attorneys for Defendants, HERAKLES, LLC,
SANDY BEACHES I LP, and RIPTIDE I LLP

**DATED:** May 2, 2007        **HUNTON & WILLIAMS LLP**

/s/ Catherine A. Allen
Catherine A. Allen
Shawn P. Regan
Attorneys for Defendants, CAPITAL LEASE
FUNDING, INC., and CAPITAL LEASE
FUNDING LP

**IT IS SO ORDERED**.

**DATED: May 4, 2007**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2