1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2 |   Harry A. Olivar, Jr. (Bar No. 143089)
  |   harryolivar@quinnemanuel.com
3 | 865 South Figueroa Street, 10th Floor
  | Los Angeles, California  90017-2543
  | Telephone:    (213) 443-3000
4 | Facsimile:    (213) 443-3100

5 |   Loren Kieve (Bar No. 56280)
  |   lorenkieve@quinnemanuel.com
6 |   Ben Feuer (Bar No. 247502)
  |   benfeuer@quinnemanuel.com
7 | 50 California Street, 22nd Floor
  | San Francisco, California  94111
8 | Telephone:    (415) 875-6600
  | Facsimile:    (415) 875-6700

Attorneys for Defendants Sandy Beaches I LP and Riptide I LP

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| QWEST COMMUNICATIONS CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HERAKLES LLC, a Delaware limited liability company, d/b/a HERAKLES DATA, SANDY BEACHES I LP, a California limited partnership, RIPTIDE I LLP, a California limited partnership, CAPITAL LEASE FUNDING, INC., a Delaware corporation, and CAPITAL LEASE FUNDING, LP, a Delaware limited partnership,<br><br>Defendant. | CASE NO. 2:07-CV-00393-MCE-KJM<br><br>**SUBSTITUTION OF COUNSEL FOR SANDY BEACHES I LP AND RIPTIDE I LP** |

Defendants Sandy Beaches I LP and Riptide I LP (erroneously sued herein as "Riptide I LLP") hereby substitute Quinn Emanuel Urquhart Oliver & Hedges, LLP, 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017, telephone no. (213) 443-3000, facsimile no. (213) 443-3100 as attorneys of record in place of Winston & Strawn LLP, 333 South Grand Avenue, 38th Floor, Los Angeles, California 90071, telephone no. (213) 615-1700, facsimile no. (213) 615-1750 and John M. O'Brien & Associates, P.C., 9401 E. Stockton Boulevard, Suite 225, Elk Grove, California 95624, telephone no. (916) 714-8200, facsimile no. (916) 714-8201.

Dated: June 18, 2007                    Quinn Emanuel Urquhart Oliver & Hedges, LLP

                                        By */s/ Loren Kieve*
                                           Loren Kieve
                                           Attorneys for Defendants Sandy Beaches I LP and
                                           Riptide I LP

**We consent to the above substitution.**

Dated: June 18, 2007                    By */s/ Steven D. Atlee* (as authorized on 6/11/07)
                                           Steven D. Atlee, Esq.
                                           Winston & Strawn LLP


Dated: June 18, 2007                    By */s/ John M. O'Brien* (as authorized on 6/13/07)
                                           John M. O'Brien, Esq.
                                           John M. O'Brien & Associates, P.C.


Dated: June 18, 2007                    By */s/ Shawn Seale* (original signature retained by
                                           attorney Ben Feuer)
                                           Shawn Seale, Vice President
                                           by Wavve Beaches, Inc., as GP,
                                           Sandy Beaches I LP

| | | |
|---|---|---|
| 1 | Dated: June 18, 2007 | By */s/ Bill Pollert* (original signature retained by attorney Ben Feuer) |
| 2 | | Bill Pollert, Vice President |
| 3 | | by Wavve Riptide, Inc., as GP, Riptide I LP |
| 4 | **IT IS SO ORDERED.** | |

Dated: June 21, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE