QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Harry A. Olivar, Jr. (Bar No. 143089)
  harryolivar@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

  Loren Kieve (Bar No. 56280)
  lorenkieve@quinnemanuel.com
  Ben Feuer (Bar No. 247502)
  benfeuer@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Defendants Sandy Beaches I LP
and Riptide I LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QWEST COMMUNICATIONS CORPORATION, a Delaware corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>HERAKLES LLC, a Delaware limited liability company, d/b/a HERAKLES DATA, SANDY BEACHES I LP, a California limited partnership, RIPTIDE I LLP, a California limited partnership, CAPITAL LEASE FUNDING, INC., a Delaware corporation, and CAPITAL LEASE FUNDING, LP, a Delaware limited partnership,<br><br>            Defendant. | Case No. 2:07-CV-00393-MCE-KJM<br><br>**<u>ORDER</u>**<br><br>Date: August 3, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr.<br>Courtroom: 3 |

1  Defendants Sandy Beaches I LP and Riptide I LP's request to appear telephonically at the
2 hearing on defendant Capital Lease Funding's Motion to Stay Discovery on August 3, 2007 at
3 9:00 a.m. is hereby granted.

4  Loren Kieve: (415) 875-6320

5  **IT IS SO ORDERED.**

7 Dated: July 23, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

quinn emanuel