HUNTON & WILLIAMS LLP
Catherine A. Allen (State Bar No. 211574)
callen@hunton.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

HUNTON & WILLIAMS LLP
Shawn Patrick Regan
sregan@hunton.com
200 Park Avenue
New York, New York 10166-0091
Telephone: (212) 309-1000
Facsimile: (212) 309-1100
(admitted *pro hac vice*)

Attorneys for Defendants
Capital Lease Funding, Inc. and
Capital Lease Funding LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QWEST COMMUNICATIONS CORPORATION,<br><br>        Plaintiff,<br><br>  vs.<br><br>HERAKLES, LLC, et al.<br><br>        Defendants. | CASE NO. 2:07-CV-00393-MCE-KJM<br><br><br>**ORDER**<br><br><br><br>DATE: August 3, 2007<br>TIME: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr.<br>CTRM: 3 |

1   Defendants Capital Lease Funding, Inc. and Capital Lease Funding LP's request for a
2  telephonic appearance for Shawn Patrick Regan (212-309-1046) regarding the Motion to Stay
3  Discovery on August 3, 2007 at 9:00 a.m. is hereby granted.

IT IS SO ORDERED.

Dated:  July 23, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-1-