| | |
|---|---|
| 1 | HUNTON & WILLIAMS LLP |
|   | Catherine A. Allen (State Bar No. 211574) |
| 2 | callen@hunton.com |
|   | 550 South Hope Street, Suite 2000 |
| 3 | Los Angeles, California 90071-2627 |
|   | Telephone:  (213) 532-2000 |
| 4 | Facsimile:   (213) 532-2020 |
| 5 | HUNTON & WILLIAMS LLP |
|   | Shawn Patrick Regan |
| 6 | sregan@hunton.com |
|   | 200 Park Avenue |
| 7 | New York, New York 10166-0091 |
|   | Telephone: (212) 309-1000 |
| 8 | Facsimile:  (212) 309-1100 |
|   | (admitted *pro hac vice*) |
| 9 | |
| 10 | Attorneys for Defendants |
|    | Capital Lease Funding, Inc. and |
| 11 | Capital Lease Funding LP |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| QWEST COMMUNICATIONS CORPORATION, | ) | CASE NO. 2:07-CV-00393-MCE-KJM |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | **ORDER** |
|  | ) |  |
| HERAKLES, LLC, et al. | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) | DATE:    August 3, 2007 |
|  | ) | TIME:    9:00 a.m. |
|  | ) | JUDGE:  Hon. Morrison C. England, Jr. |
|  | ) | CTRM:    3 |

1    Defendants Capital Lease Funding, Inc. and Capital Lease Funding LP's request for a
2 telephonic phone appearance by Catherine Allen (213-532-2178) regarding the Motion to Stay
3 Discovery on August 3, 2007 at 9:00 a.m. is hereby granted.
4
5    IT IS SO ORDERED
6 Dated:  July 23, 2007

7    _____
   MORRISON C. ENGLAND, JR.
8   UNITED STATES DISTRICT JUDGE

-1-