1  THOMAS E. ALBORG (SBN 056425)
   MARK D. EPSTEIN (SBN 168221)
2  ALBORG, VEILUVA & EPSTEIN LLP
   200 Pringle Avenue, Suite 410
3  Walnut Creek, CA 94596
   Tel: 925-939-9880
4  Fax: 925-939-9915

5  CHARLES W. STEESE, *pro hac vice*
   PHILLIP L. DOUGLASS, *pro hac vice*
6  STEESE & EVANS, P.C.
   6400 S. Fiddlers Green Circle, Suite 1820
7  Denver, CO 80111
   Tel: 720-200-0676
8  Fax: 720-200-0679

9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QWEST COMMUNICATIONS CORPORATION,<br>a Delaware corporation<br><br>                    Plaintiff,<br><br>     vs.<br><br>HERAKLES, LLC, a Delaware limited Liability corporation, d/b/a HERAKLES DATA, SANDY BEACHES I LP, a California limited partnership, RIPTIDE I LLP, a California limited partnership, CAPITAL LEASE FUNDING, INC., a Delaware corporation, CAPITAL LEASE FUNDING, LP, a Delaware limited partnership,<br><br>                    Defendants. | CASE NO. 2:07-CV-00393-MCE-KJM<br><br>**ORDER RE: PLAINTIFF QWEST COMMUNICATIONS CORPORATION'S REQUEST TO APPEAR TELEPHONICALLY REGARDING THE MOTION TO STAY DISCOVERY BY CAPITAL LEASE FUNDING, LP, CAPITAL LEASE FUNDING, INC.**<br><br>DATE:   August 3, 2007<br>TIME:   9:00am<br>JUDGE:  Hon. Morris C. England, Jr.<br>CTRM:   3 |

1

1    Plaintiff Qwest Communications Corporation's request to appear appear telephonically at
2 the hearing on defendant Capital Lease Funding's Motion to Stay Discovery on August 3, 2007
3 at 9:00 a.m. is hereby granted.

4    The telephone numbers at which Qwest's counsel may be reached are as follows:

5        Darrell C. Martin: (925) 939-9880

6        Charles W. Steese: (720) 200-0676

**IT IS SO ORDERED.**

DATED: July 23, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE