1  Steve D. Atlee (SBN: 151025)
   Email: satlee@winston.com
2  Stacey N. Knox (SBN: 192966)
   Sknox@winston.com
3  David Kim (SBN: 241720)
   dkim@winston.com
4  **WINSTON & STRAWN LLP**
   333 South Grand Avenue
5  Los Angeles, CA 90071-1543
   Telephone:  213-615-1700
6  Facsimile:  213-615-1750

7  Attorneys for Defendant
   HEAKLES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QWEST COMMUNICATIONS CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> HERAKLES LLC, a Delaware limited liability company, d/b/a HERAKLES DATA, SANDY BEACHES I LP, a California limited partnership, RIPTIDE I LP, a California limited partnership, CAPITAL LEASE FUNDING, INC., a Delaware corporation and CAPITAL LEASE FUNDING, LP, a Delaware limited partnership, <br><br> Defendants. | Case No. **2:07-CV-00393-MCE-KJM** <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT HERAKLES, LLC'S NOTICE OF REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION TO STAY DISCOVERY** <br><br> Date:       August 3, 2007 <br> Time:       9:00 a.m. <br> Courtroom:  3 <br> Judge:      Hon. Morrison C. England Jr. |

Defendant Herakles, LLC's request to appear telephonically at the hearing on the Motion to Stay Discovery filed by Defendants Capital Lease Funding, LP and Capital Lease Funding, Inc., currently set for hearing on August 3, 2007, at 9:00 a.m. is hereby GRANTED.

///

///

1

Herakles may be represented telephonically by the following counsel at the following telephone:

Steven D. Atlee – (213)-615-1827

**IT IS SO ORDERED**.

DATED: August 1, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE