IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

QWEST COMMUNICATIONS,

     Plaintiff,                                         No. CIV S-07-393 MCE KJM

    vs.

HERAKLES, et al.,

     Defendants.                                   <u>ORDER</u>

_____/

        Defendant Sandy Beaches' motion to compel further responses to interrogatories came on regularly for hearing October 24, 2007. Mark Epstein, Charles Steese, and Phillip Douglass appeared telephonically for plaintiff. Loren Kieve and Ben Feuer appeared telephonically for defendant Sandy Beaches. No appearance was made for the remaining defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. The motion to compel further responses to interrogatories numbers 1, 2, 3, 4 and 7 is granted. Within thirty days from the date of this order, plaintiff shall provide verified, fully integrated responses, without incorporation of pleadings or other documents. In responding to the interrogatories, subject to plaintiff's obligations of supplemental disclosure under Federal

1

1  Rule of Civil Procedure 26(e), plaintiff is not obliged at this time to identify from the documents
2  produced by defendants each act or omission it contends supports its allegations.
3      2.  The motion to compel further responses to interrogatories numbers 5, 6, 8 and
4  9 is denied as unnecessary.
5  DATED: October 24, 2007.

_____
U.S. MAGISTRATE JUDGE

006
qwest.oah