1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Harry A. Olivar, Jr. (Bar No. 143089)
2    harryolivar@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
3  Los Angeles, California  90017-2543
   Telephone:     (213) 443-3000
4  Facsimile:     (213) 443-3100

5    Loren Kieve (Bar No. 56280)
     lorenkieve@quinnemanuel.com
6    Ben Feuer (Bar No. 247502)
     benfeuer@quinnemanuel.com
7  50 California Street, 22nd Floor
   San Francisco, California  94111
8  Telephone:     (415) 875-6600
   Facsimile:     (415) 875-6700

9
   Attorneys for Defendants Sandy Beaches I LP
10 and Riptide I LP

11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14                         SACRAMENTO DIVISION

15

| | |
|---|---|
| 16  QWEST COMMUNICATIONS CORPORATION, a Delaware corporation, | Case No. 2:07-CV-00393-MCE-KJM |
| 17             Plaintiff, | **Stipulated Addendum to Protective Order Governing Confidentiality** |
| 18  vs. | |
| 19  HERAKLES LLC, a Delaware limited liability company, d/b/a HERAKLES DATA, SANDY BEACHES I LP, a California limited partnership, RIPTIDE I LLP, a California limited partnership, CAPITAL LEASE FUNDING, INC., a Delaware corporation, and CAPITAL LEASE FUNDING, LP, a Delaware limited partnership, | |
| 24             Defendant. | |

The parties agree that the Stipulated Protective Order Governing Confidentiality (Dkt. 68), signed by Magistrate Judge Kimberly J. Mueller on August 7, 2007, shall include the following addendum:

Third parties providing documents in response to a subpoena may designate those documents "confidential" or "attorneys eyes only" in accordance with the protective order and all signatories to the protective order will treat those documents as if they were so designated by a party.

**SO STIPULATED:**

| | |
|---|---|
| December 18, 2007 | Quinn Emanuel Urquhart Oliver & Hedges, LLP |
| | By */s/ Ben Feuer* |
| | Harry A. Olivar, Jr. |
| | Loren Kieve |
| | Ben Feuer |
| | Attorneys for Defendants Sandy Beaches I LP and Riptide I LP |
| December 17, 2007 | Winston & Strawn LLP |
| | By */s/ Steven D. Atlee (authorized on 12/17/07)* |
| | Steven D. Atlee |
| | Attorneys for defendant Herakles LLC |
| December 18, 2007 | Hunton & Williams LLP |
| | By */s/ Catherine A. Allen (authorized on 12/18/07)* |
| | Shawn P. Regan |
| | Catherine A. Allen |
| | Attorneys for defendants Capital Lease Funding, LP and Capital Lease Funding, Inc. |

1 | December 18, 2007
2
3
4
5
6
7 | **IT IS SO ORDERED.**
8 | Dated: December 18, 2007.

Steese & Evans, P.C.

By */s/ Phillip L. Douglass (authorized on 12/18/07)*
    Charles W. Steese
    Phillip L. Douglass
    Attorneys for plaintiff Qwest Communications
    Corporation

_____
U.S. MAGISTRATE JUDGE