Steven D. Atlee (SBN: 151025)
Email: satlee@winston.com
Michael S. Brophy (SBN: 197940)
Email: mbrophy@winston.com
Kamala S. Haake (SBN: 245496)
Email: khaake@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone:   213-615-1700
Facsimile:    213-615-1750

Attorneys for Defendant
HERAKLES, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QWEST COMMUNICATIONS CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HERAKLES LLC, a Delaware limited liability company, d/b/a HERAKLES DATA, SANDY BEACHES I LP, a California limited partnership, CAPITAL LEASE FUNDING, INC., a Delaware corporation and CAPITAL LEASE FUNDING, LP, a Delaware limited partnership,<br><br>Defendants. | Case No. 2:07-CV-00393-MCE-KJM<br><br>**STIPULATION AND ORDER EXTENDING THE DATE FOR DEFENDANT HERAKLES, LLC TO FILE ITS MOTION TO DISMISS AND ANSWER**<br><br>Courtroom:  7<br>Date:          June 13, 2008<br>Time:          9:00 a.m.<br><br>**The Honorable Morrison C. England, Jr. Presiding** |

Plaintiff Qwest Communications Corporation ("Qwest") and Defendant Herakles, LLC ("Herakles") stipulate as follows:

WHEREAS, on April 21, 2008, Qwest electronically filed and served its First Amended Complaint ("FAC").

WHEREAS, pursuant to Federal Rules of Civil Procedure 6(a)(2), (d) and 15, Herakles is required to file a response by May 8, 2008.

NOW, THEREFORE, the parties hereby stipulate, by and through their counsel, to extend the date by which Herakles must file and serve its motion to dismiss and answer to Qwest's FAC to

1

PDF created with pdfFactory trial version www.pdffactory.com

May 13, 2008. The parties have scheduled a hearing on the motion to dismiss for June 13, 2008. Qwest will file and serve any opposition to Herakles' motion to dismiss by June 2, 2008. Herakles will file and serve any reply to Qwest's opposition by June 6, 2008, as required by Local Rule 78-230(d).

Dated: May 8, 2008

WINSTON & STRAWN LLP
Steven D. Atlee
Michael S. Brophy
Kamala S. Haake

By: /s/ Steven D. Atlee
    Steven D. Atlee
Attorneys for Defendant
HERAKLES, LLC

Dated: May 8, 2008

STEESE & EVANS, P.C.
Charles W. Steese
Phillip L. Douglass

By: /s/ Phillip L. Douglass (Authorized 5/8/08)
    Phillip L. Douglass
Attorneys for Plaintiff
QWEST COMMUNICATIONS CORPORATION

## ORDER

The time by which Herakles must file its motion to dismiss Qwest's First Amended Complaint and answer is hereby extended to May 13, 2008.

DATED: May 16, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE