IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

QWEST COMMUNICATIONS,

    Plaintiff,                                     No. CIV S-07-393 MCE KJM

    vs.

HERAKLES, et al.,

    Defendants.                            <u>ORDER</u>

_____/

          Plaintiff's motion to compel further responses to interrogatories came on regularly for hearing August 13, 2008. Mark Epstein and Charles Steese appeared telephonically for plaintiff. Steven Atlee appeared telephonically for defendant Herakles. No appearance was made for the remaining defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

          1. The motion to compel is granted in part. Within fifteen days, supplemental response shall be provided for interrogatories nos. 13 and 14 with respect to Freels and Kirchner regarding oral communications as described in the joint statement. Defendant shall also make further inquiry of its other sales people and managers regarding the disputed interrogatories and provide supplemental responses thereafter.

1  2. Within fifteen days, supplemental response shall be provided to interrogatory
2  no. 16. The requested information shall be provided regarding the eleven companies identified
3  by plaintiff and further response shall be provided for any companies defendant or its employees
4  knew of their own personal knowledge were Quest customers.

5  DATED: August 21, 2008.

_____
U.S. MAGISTRATE JUDGE

7  006
   qwest2.oah