1  THOMAS E. ALBORG (SBN 056425)
   MARK D. EPSTEIN (SBN 168221)
2  ALBORG, VEILUVA & EPSTEIN LLP
   200 Pringle Avenue, Suite 410
3  Walnut Creek, CA 94596
   Tel: 925-939-9880
4  Fax: 925-939-9915

5  CHARLES W. STEESE, *pro hac vice*
   PHILLIP L. DOUGLASS, *pro hac vice*
6  STEESE & EVANS, P.C.
   6400 S. Fiddlers Green Circle, Suite 1820
7  Denver, Colorado 80111
   Tel.: (720) 200-0676
8  Fax: (720) 200-0679

9  Attorneys for Plaintiff

10

11                    UNITED STATES DISTRICT COURT

12                FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14  QWEST COMMUNICATIONS              Case No. 2:07-CV-0393-MCE-KJM
    CORPORATION,
15  a Delaware corporation,
                                      **AMENDED ORDER ON STIPULATION
16        Plaintiff,                  RE: AMENDING CASE SCHEDULING
                                      ORDER**
17        vs.

18  HERAKLES, LLC, a Delaware limited
    liability corporation, d/b/a HERAKLES
19  DATA, SANDY BEACHES I LP, a California
    limited partnership, RIPTIDE I LLP, a
20  California limited partnership, CAPITAL
    LEASE FUNDING, INC., a Delaware
21  corporation, CAPITAL LEASE FUNDING,
    LP, a Delaware limited partnership.
22
          Defendants.
23

24

25

26

27

28

                                    1

PDF created with pdfFactory trial version www.pdffactory.com

1 Having considered the Parties' Stipulation Re: Amending Case Scheduling Order and
2 good cause appearing, it is hereby ordered that the Court's May 16, 2008 Pretrial (Status)
3 Scheduling Order is modified as follows:

| | |
|---|---|
| Qwest date to amend complaint | October 10, 2008 |
| CapLease date to answer complaint | October 3, 2008 |
| Herakles date to amend interrogatory Nos. 13, 14 and 16 | October 8, 2008 |
| Discovery cut-off | November 14, 2008 |
| Expert disclosures | January 13, 2009 |
| Dispositive motions to be heard no later than | March 13, 2009 |
| Final pretrial conference | July 31, 2009 at 9:00AM |
| Joint final pretrial conference statement | July 10, 2009 |
| Trial | September 14, 2009 at 9:00AM |

IT IS SO ORDERED.

DATED: September 16, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com