HUNTON & WILLIAMS LLP
Catherine A. Allen (State Bar No. 211574)
callen@hunton.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:   (213) 532-2020

HUNTON & WILLIAMS LLP
Shawn Patrick Regan
sregan@hunton.com
200 Park Avenue
New York, New York 10166-0091
Telephone: (212) 309-1000
Facsimile:  (212) 309-1100
(admitted *pro hac vice*)

Attorneys for Defendants
CapLease, Inc. and
Capital Lease Funding, LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QWEST COMMUNICATIONS CORPORATION, a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>HERAKLES, LLC, a Delaware limited liability corporation, d/b/a HERAKLES DATA, SANDY BEACHES I LP, a California limited partnership, RIPTIDE I LLP, a California limited partnership, CAPITAL LEASE FUNDING, INC., a Delaware corporation, CAPITAL LEASE FUNDING, LP, a Delaware limited partnership.<br><br>Defendants. | CASE NO. 2:07-CV-00393-MCE-KJM<br><br>**ORDER EXTENDING TIME FOR THE CAPLEASE DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT** |

1   Having considered the Stipulation between Qwest Communications Corporation and the
2   CapLease Defendants to Extend Time to Answer or Otherwise Respond to the First Amended
3   Complaint and good cause appearing, it is hereby ordered that the CapLease Defendants shall have
4   until, and including, October 31, 2008 to answer or otherwise respond to the First Amended
5   Complaint.

DATED: October 6, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**Hunton & Williams LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627