THOMAS E. ALBORG (SBN 056425)
MARK D. EPSTEIN (SBN 168221)
ALBORG, VEILUVA & EPSTEIN LLP
200 Pringle Avenue, Suite 410
Walnut Creek, CA 94596
Tel: 925-939-9880
Fax: 925-939-9915

CHARLES W. STEESE, *pro hac vice*
PHILLIP L. DOUGLASS, *pro hac vice*
STEESE & EVANS, P.C.
6400 S. Fiddlers Green Circle, Suite 1820
Denver, Colorado 80111
Tel: 720-200-0676
Fax: 720-200-0679

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QWEST COMMUNICATIONS CORPORATION, a Delaware corporation<br>　　　　Plaintiff,<br>　vs.<br>HERAKLES, LLC, a Delaware limited Liability corporation, d/b/a HERAKLES DATA, SANDY BEACHES I LP, a California limited partnership, RIPTIDE I LP, a California limited partnership, CAPITAL LEASE FUNDING, INC., a Delaware corporation, CAPITAL LEASE FUNDING, LP, a Delaware limited partnership,<br>　　　　Defendants. | CASE NO. 2:07-CV-00393-MCE-KJM<br><br>**ORDER EXTENDING TIME FOR HERAKLES TO ANSWER INTERROGATORIES AND FOR QWEST FILE SECOND AMENDED COMPLAINT** |

///
///
///
///
///

1

PDF created with pdfFactory trial version www.pdffactory.com
PDF created with pdfFactory trial version www.pdffactory.com

1   Having considered the Stipulation between Qwest Communications Corporation,
2   Herakles LLC, Sandy Beaches I LP, Riptide I LP, Capital Lease Funding, Inc., and
3   Capital Lease Funding, LP to Extend the Time to Answer Interrogatories and File Second
4   Amended Complaint and good cause appearing, it is hereby ordered that Herakles shall
5   have until October 31, 2008, to answer Interrogatory Nos. 13, 14, and 16 and Qwest
6   shall have until 12 noon on October 31, 2008, to amend its Complaint.
7   IT IS SO ORDERED.

8
9   DATED: October 14, 2008
10  _____
    MORRISON C. ENGLAND, JR.
11  UNITED STATES DISTRICT JUDGE

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

PDF created with pdfFactory trial version www.pdffactory.com
PDF created with pdfFactory trial version www.pdffactory.com